```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 16540
   KEITH GHELFI
                                               CHAPTER 13

                                               JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-4418


----------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 09/11/07 .

     2.  The case was dismissed without confirmation, 10/26/2007.

----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
----------------------------------------------------------------------------
CITIFINANCIAL MORTGAGE     SECURED                   .00           .00            .00
CITIFINANCIAL MORTGAGE     MORTGAGE ARRE NOT FILED                 .00            .00
WASHINGTON MUTUAL          SECURED                   .00           .00            .00
WASHINGTON MUTUAL          MORTGAGE ARRE NOT FILED                 .00            .00
WILL COUNTY TREASURER      SECURED          NOT FILED              .00            .00
INTERNAL REVENUE SERVICE   SECURED          NOT FILED              .00            .00
ILLINOIS DEPT REVENUE      PRIORITY         NOT FILED              .00            .00
KIM LINDERMANN             CHILD SUPPORT   NOT FILED               .00            .00
AMERICREDIT                UNSECURED         NOT FILED             .00            .00
AMEX                       UNSECURED         NOT FILED             .00            .00
AMEX                       UNSECURED         NOT FILED             .00            .00
AMEX                       UNSECURED         NOT FILED             .00            .00
AMEX                       UNSECURED         NOT FILED             .00            .00
FIA CARD SERVICES          UNSECURED         NOT FILED             .00            .00
CAPITAL ONE BANK           UNSECURED         NOT FILED             .00            .00
COMED                      UNSECURED         NOT FILED             .00            .00
DISCOVER BANK              UNSECURED         NOT FILED             .00            .00
FIRST PREMIER BANK         UNSECURED         NOT FILED             .00            .00
LEVINE WITTENBERG SHUGAN   UNSECURED         NOT FILED             .00            .00
HSBC                       UNSECURED         NOT FILED             .00            .00
----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID

JAMES PODGORLLY            UNSECURED         NOT FILED             .00            .00
MIDLAND CREDIT MGMT        UNSECURED         NOT FILED             .00            .00
NICOR GAS                  UNSECURED         NOT FILED             .00            .00
SBC AMERITECH              UNSECURED         NOT FILED             .00            .00
WELLS FARGO FINANCIAL BA   UNSECURED         NOT FILED             .00            .00
         Summary of disbursements:
----------------------------------------------------------------------------
                    SECURED     PRIORITY     UNSECURED       OTHER          TOTAL
----------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00          .00           .00         .00            .00
PRINCIPAL PAID          .00          .00           .00         .00            .00
```

```
INTEREST PAID                        .00          .00          .00          .00          .00
TOTAL PAID                           .00          .00          .00          .00          .00
```

The Debtor's attorney, ROBERT V SCHALLER              , was allowed $   3500.00
and was paid $     591.00  direct and $        .00  through the plan.

The Trustee received $        .00 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 01/15/07                     /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE